IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CAROLYN JANE FLORIMONTE,

   Plaintiff,

V.          3:17-CV-1063
           (JUDGE MARIANI)
BOROUGH OF DALTON,

   Defendant.

## ORDER

AND NOW, THIS 9th DAY OF FEBRUARY, 2018, upon *de novo* review of Magistrate Judge Saporito's Report & Recommendation, (Doc. 14), **IT IS HEREBY ORDERED THAT**:

1. The Report & Recommendation ("R&R"), (Doc. 14), is **ADOPTED** for the reasons stated therein.

2. Plaintiff's Objections, (Docs. 15, 17), are **OVERRULED**. As the Third Circuit has previously concluded, "Florimonte's action is barred by the doctrine of res judicata. She is suing the same defendants over the same set of facts and raising the same claims that were previously decided on the merits or claims that could have been raised in her first action." *Florimonte v. Borough of Dalton*, 603 F. App'x 67, 68 (3d Cir. 2015). The R&R correctly determined, for the reasons stated therein, that Plaintiff's late invocation of inadequately pleaded allegations of fraud do not upset the Third Circuit's conclusion.

3. Defendant's Motion to Dismiss and Motion for Sanctions, (Doc. 5), is **GRANTED IN PART AND DENIED IN PART** as follows:

    a. Defendant's Motion to Dismiss is **GRANTED**. Plaintiff's Amended Complaint, (Doc. 10), is **DISMISSED WITH PREJUDICE**.

    b. Defendant's Motion for Sanctions is **DENIED**.

4. The Clerk of Court is directed to **CLOSE** this case.

_____
Robert D. Mariani
United States District Court Judge